# United States District Court

Southern District of Texas

United States District Court
Southern District of Texas
FILED
MAY 31 2019
David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA

V

Miguel Angel RUELAS-Munoz

Mexico
A202 136 511 (EWA)

**CRIMINAL COMPLAINT**

CASE NUMBER B-19 __619__ MJ

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **May 29, 2019**, the defendant, an alien who had previously been denied admission, excluded or removed knowingly and unlawfully was present in the United States having been found in **Cameron** County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of **Title 8 United States Code, Section(s)** **1326(a)**

I further state that I am a Deportation Officer and that this complaint is based on the following facts: The defendant was encountered by Immigration Officers conducting routine jail checks at the Cameron County Jail on May 29, 2019. The defendant was subsequently arrested on May 29, 2019. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on November 21, 2014. Record checks revealed that the defendant has not applied for permission from the proper authorities to re-enter the United States.

Defendant has $0.00

_____
Signature of Complainant

Arnulfo Rodriguez      Deportation Officer
Name and Title of Complainant

Sworn to before me and subscribed in my presence,

May 31, 2019                    at      Brownsville, Texas
Date                                     City and State

Ronald G. Morgan    U.S. Magistrate Judge      _____
Name and Title of Judicial Officer              Signature of Judicial Officer